# ELECTRONIC RECORD

COA #   01-14-00004-CR          OFFENSE:  28.02 (Arson)

STYLE:  Kelvin Wayne Williams v. The State of Texas          COUNTY:  Harris

COA DISPOSITION:   AFFIRM          TRIAL COURT:  351st District Court

DATE: 11/20/2014          Publish: NO   TC CASE #:   1407407

## IN THE COURT OF CRIMINAL APPEALS

STYLE:  Kelvin Wayne Williams v. The State of Texas          CCA #:   1665-14

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE:          _____

_____REFUSED_____          JUDGE:          _____

DATE: 02/11/2015          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**